John Heffron and Samuel A. Parker v. The M. S. and N. I. R. R. Co.

Case brought up for review from Wayne Circuit.

This cause was heard with the *McMillan* case ( *ante p.* 79,) on stipulation; and which see.

Judgment was rendered for defendant.

COOLEY J.

The principles laid down in the case of *McMillan* against these defendants will require an affirmance of this judgment. The bill of lading in this case was given by the Baltimore and Ohio Railroad Company, and by its express terms was to govern the transportation to Detroit.      Liability for loss by fire was expressly excepted.

The other Justices concurred.